FILED
November 06, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002205754

# RELIEF FROM STAY INFORMATION SHEET
\* \* \* \* SEE IMPORTANT INSTRUCTIONS ON REVERSE \* \* \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

DEBTOR: Gary Hietbrink    CASE NO. 09-37963-C

MOVANT: U.S. Bank, NA    DC NO. PPR-1

HEARING DATE/TIME: December 8, 2009    9:30 AM

RELIEF IS SOUGHT AS TO (X) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  1420 Zinfandel Drive, Lodi California

2. Movant's trust deed is a (X) 1st  ( ) 2nd  ( ) 3rd  ( ) Other: _____

    OR

    Leased property is  ( ) Residential  ( ) Non-residential   Term: ( ) Month-to-Month  ( ) Other

3. Verified appraisal filed? no    Movant's valuation of property    $ 190,000.00

4. The following amounts are presently owing to movant for:

    | PRINCIPAL | INTEREST | COSTS | TOTAL |
    |---|---|---|---|
    | $ 238,016.55 | $ 16,530.50 | $ 1,375.82 | $ 255,922.87 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

    _____  $_____
    _____  $_____
    _____  $_____

    TOTAL ALL LIENS    $ 255,922.87
    DEBTOR'S EQUITY    $ -65,922.87

FOR COURT USE ONLY
Note date: _____
Note amount: _____
Note payment: _____

FOR COURT USE ONLY

6. Monthly payment is $ 1,656.03, of which $_____ is for impound account. Monthly late charge is $_____.
7. The last payment by debtor was received on 12/15/08 and was applied to the payment due 12/01/08.
8. Number of payments past due and amount: (a) Pre-petition 8   $ 12,603.79   (b) Post-Petition 2   $ 3,297.16.
9. Notice of Default was recorded on 06/23/09.    Notice of sale was published on UNKNOWN.
10. Grounds for seeking relief (check as applicable):

    (X) Cause  (X) Inadequate protection  (X) Lack of equity  ( ) Lack of insurance  ( ) Bad faith

    (X) Other  Debtor intends to surrender his interest in subject property, evidenced by the Statement of Intention filed with this Court

11. For each ground checked above furnish a brief supporting statement in the space below.
    Lender alleges that Debtor is delinquent for the through payments.
    Lender further alleges that there is equity present to justify the existence of an automatic stay against the subject property.